440 A.2d 1238

Commonwealth v. Bennett, Appellant.

Submitted May 28, 1981. Daniel M. Preminger, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and McEWEN, JJ.

Order and judgment of sentence are affirmed.